IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GUILLERMO JOSE LEON RAMIREZ,

        Petitioner,

v.

ISRAEL JACQUEZ,

        Respondent.

Case No. 3:23-cv-01330-JR

ORDER

RUSSO, Magistrate Judge

The Court GRANTS petitioner's unopposed motion for voluntary dismissal (ECF No. 17) and DISMISSES this action, without prejudice. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this  16  day of November, 2023.

_____
Jolie A. Russo
United States Magistrate Judge

1 - ORDER